At the United States Bankruptcy Court,
Southern District of the State of New York,
held at the United States Bankruptcy
Courthouse, Southern District, 355 Main
Street, Poughkeepsie, NY 12601, on the
19th day of November, 2013.

PRESENT: Hon.Chief Judge Cecelia G. Morris

IN RE:                                             **Order to Show Cause**

MARIJA SALOV,                                Chapter 13 Case No. 13-37269

                Debtor.

Upon the application of their attorney Rick S. Cowle, and the Exhibits attached thereto and upon the papers heretofore had within,

Let the creditor Nationstar Mortgage LLC (hereafter referred to as "Nationstar"), or its attorneys show cause at Court, to be held in and for the United States Bankruptcy Court, Southern District of New York at the Court House, located at 355 Main Street, Poughkeepsie, NY 12601 on the 19th day of November 2013 at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard in regard to this Motion which is brought forth by Order To Show Cause on Short Notice due to the urgency of the pending Eviction Motion against the Debtor which is dated for review on November 26, 2013 in the Dutchess County Supreme Court and as a result, the Debtor along with

her family face potential homelessness prior to the holiday season and Nationstar or its attorneys must appear to show cause why an Order should not be entered herein:

1. Under Bankruptcy Rule 7065, enjoining and restraining Nationstar or its assigns, attorneys, agents, designees, or all other persons acting by or through them or any of them, from taking any steps to obtain a judgment or writ of possession (eviction) against the Debtor or her family in regard to the property known as 750 Route 292, Holmes, New York 12531, pending the determination of this Court.

2. Ordering as per §362 (d)(4) K (1) that Nationstar pay the Debtor's legal fees directly to the Debtor's attorney in the amount of $2,550.00 as reimbursement for the legal fees the Debtor was forced to unnecessarily spend on this Order to Show Cause, owing to Nationstar's violation of the automatic stay.

3. Ordering that the creditor Nationstar Mortgage LLC is in contempt of court under 11 U.S.C. §105(a); along with bankruptcy Rule 9020 and has violated the automatic stay under 11 U.S.C. §362 and is ordered by this Court as per §362 (d)(4) K (1).to pay damages in the form of fines, sanctions, fees and punitive damages to the Debtor.

4. Ordering any and all other relief that this Court deems appropriate.

ORDERED, Pursuant to Bankruptcy Rule 7065, that Nationstar and its assigns, attorneys, agents, designees, or all other persons acting by or through them or any of them are hereby temporarily restrained from taking any steps to obtain a judgment or writ of possession (eviction) against the Debtor or her family in regard to the property known as 750 Route 292, Holmes, New York 12531, directly or indirectly pending a hearing of the application brought on by this Order to Show Cause.

ORDERED Sufficient reason appearing therefore, let service of a copy of this Order, together with the papers on which it was granted be made upon Nationstar Mortgage LLC's attorneys Fein, Such & Crane, LLP, 28 East Main Street, Suite 1800, Rochester, NY 14614 Att: David P. Chase, Phone (585) 232-7400 via Federal Express overnight service.

Dated: November        , 2013