# Exhibit A

REFEREE'S DEED

THIS DEED, made the 3 day of June, 2013

BETWEEN WILLIAM F. BOGLE, JR., ESQ. having an address 35 Market Street, Poughkeepsie, NY 12601,

referee, duly appointed in the action hereinafter mentioned, grantor and

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

grantee, WITNESSETH, that the grantor, the referee appointed in an action between

NATIONSTAR MORTGAGE, LLC,
    plaintiff, and
SANDY SALOV; ANTE SALOV; MARIA SALOV;
LOUISE FLORIO; DEBORAH LA CROIX; LAURA
FUCILLI;
    defendant,

foreclosing a mortgage recorded on December 10, 2004 in the office of the Clerk of the County of DUTCHESS in Document No. 01 2004 31794, said mortgage was then assigned to Plaintiff by virtue of an Assignment of Mortgage recorded on January 28, 2011 in Document No. 01 2011 186A, in pursuance of a judgment entered at an EX PARTE Part Term of the DUTCHESS County Supreme Court on January 18, 2013 and in consideration of ($427,010.99) Dollars paid by the grantee, being the highest sum bid at the sale under said judgment does hereby grant and convey unto the grantee,

**"SEE ATTACHED SCHEDULE A"**

Tax Map #: 6856-00-704282

Tax Mailing Address: 1422 Dallas Parkway, Dallas TX 75254

Property Address: 750 Route 292, Holmes, NY 12531

TO HAVE AND TO HOLD the premises herein granted unto the grantee and assigns forever,

IN WITNESS WHEREOF, the grantor has hereunto set his hand and seal, the date first above written.

*In presence of:*

WILLIAM F. BOGLE, JR., Referee

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.:

On the 6th day of June in the year, 2013 before me the undersigned, a Notary Public in and for said State, personally appeared WILLIAM F. BOGLE, JR., ESQ. personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the same.

Notary Public

RECORD AND RETURN TO:
FEIN SUCH & CRANE, LLP
ATTORNEYS AND COUNSELORS AT LAW
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614

JOELLE R. HAYMAN
Notary Public, State of New York
No. 01VE6153882
Qualified in Ulster County
Commission Expires October 16, 20 14

## SCHEDULE "A"

ALL that certain plot, piece or parcel of land situate, lying and being in the Town of Pawling, County of Dutchess and State of New York, being bounded and described as follows:

BEGINNING at a point on the east side of the State Highway known as Route 216 a/k/a Route 292 leading from Holmes to Whaley Lake at a drill hole in a rock, which point is 400.2 feet from the southwesterly corner of lands of Callahan; thence along the east side of said State Highway, North 11 degrees 36' 30" East 400 feet to a stake in the ground, which point is 3.08 feet north of a drill hole; thence along lands now or formerly of Callahan, South 81 degrees 52' 00" East 351.34 feet to a drill hole in lands now or formerly of Gamache; thence along lands now or formerly of Gamache, South 8 degrees 44' 00" East 143.64 feet to a point; thence South 9 degrees 29' 00" East 272.64 feet to a drill hole; thence along lands now or formerly of Callahan, North 82 degrees 05' 25" West 499.78 feet to the east side of Route 216 a/k/a Route 292, being the point or place of BEGINNING

The undersigned, am an attorney admitted to practice in courts of New York and certify that the annexed has been compared by with the original and found to be a true and complete copy thereof.
Dated: 6-17-07