PRESENT: Hon.Chief Judge Cecelia G. Morris

IN RE:                                                                                 **Order to Show Cause**

                MARIJA SALOV,                                        Chapter 13

                                                                    Case No. 13-37269 (cgm)

                                Debtor.

      Upon the application of their attorney Rick S. Cowle, and the Exhibits attached thereto and upon the papers heretofore had within,

      Let the creditor Federal National Mortgage Association - FANNIE MAE (hereafter referred to as "FNMA") and/or its attorneys Fein, Such & Crane, LLP and NATIONSTAR MORTGAGE LLC and/or its attorneys Sandelands Eyett, LLP along with its attorneys Fein, Such & Crane, LLP show cause at Court, to be held in and for the United States Bankruptcy Court, Southern District of New York at the Court House, located at 355 Main Street, Poughkeepsie, NY 12601 on the 11th day of March 2014 at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel can be heard why an Order should not be entered herein:

1. That, as per § 362(k), FNMA pay the Debtor's legal fees directly to the Debtor's attorney in the amount of $5,050.00 as reimbursement for the legal fees the Debtor was forced to unnecessarily spend on this Order to Show Cause which includes the original Motion for Contempt by Order to Show Cause against Nationstar Mortgage LLC, an Affidavit in Reply to Nationstar's Letter in Opposition, a Sur-Reply to Motion in Response to Objection to Imposition of Damages Against Nationstar Mortgage LLC and to prepare for and attend hearings on November 19, 2013, January 15, 2014 and the scheduled hearing on March 11, 2014 all owing to FNMA's violation of the automatic stay.

2. That due to FNMA's contempt of court under 11 U.S.C. §105(a), along with bankruptcy Rule 9020, and its violation of the automatic stay under 11 U.S.C. §362, FNMA is ordered by this Court, as per § 362(k), to pay damages in the form of fines, sanctions, fees and punitive damages to the Debtor.

3. That any and all other relief that this Court deems appropriate.

**ORDERED**, sufficient reason appearing therefore, let service of a copy of this Order, together with the papers on which it was granted be made upon FNMA, Attn: President, and other interested parties at the following addresses no later than FIVE (5) days after the entry of this Order via first Class Mail with postage prepaid therein:

Office of the United States Trustee
74 Chapel Street, Suite 200
Albany, NY  12207

Jeffrey L. Sapir, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603

Federal National Mortgage Association
3900 Wisconsin Avenue NW
Washington, DC 20016-2892
Attn: President

Fein, Such & Crane, LLP
28 East Main Street, Suite 1800
Rochester, NY 14614
Attn: David Case, Esq.

United States Attorney's Office
86 Chambers Street / 3rd Floor
New York City, NY 10007
Attn: Civil Process Clerk

Nationstar Mortgage LLC
350 Highland Dr
Lewisville, TX 75067
Attn: President

Sandelands Eyett, LLP
1545 U.S. Highway 206
Suite 304
Bedminster, NJ 07921
Attn: Matthew Eyet, Esq.



**Dated: February 5, 2014**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**