**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

| | |
|---|---|
| **In the Matter of**: | } |
| | }   Case No. 13-37269-cgm |
| Marija Salov | } |
| | }   Chapter 13 |
| | } |
| **Debtor(s)** | } |

### Proof of Service by Mail

I, **Rebecca Richards** declare that I am a resident of or employed in the County of **Putnam** State of  **New York**.  My address is c/o **95 Gleneida Avenue, Carmel, New York  10512**.  I am over the age of eighteen years of age and am not a party to this case.

On February 06, 2014, I served a **signed Order to Show Cause against Federal National Mortgage Association, together with the papers on which it was granted**, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **Fair Street, Carmel, New York 10512** addressed as follows:

Office of the United States Trustee
74 Chapel Street, Suite 200
Albany, NY  12207

Jeffrey L. Sapir, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603

Federal National Mortgage Association
3900 Wisconsin Avenue NW
Washington, DC 20016-2892
Attn: President

Fein, Such & Crane, LLP
28 East Main Street, Suite 1800
Rochester, NY 14614
Attn: David Case, Esq.

United States Attorney's Office
86 Chambers Street / 3rd Floor
New York City, NY 10007
Attn: Civil Process Clerk

Nationstar Mortgage LLC
350 Highland Dr
Lewisville, TX 75067
Attn: President

Sandelands Eyett, LLP
1545 U.S. Highway 206
Suite 304
Bedminster, NJ 07921
Attn: Matthew Eyet, Esq.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 6, 2014.

/s/Rebecca Richards
**Rebecca Richards**

Sworn and subscribed to before me this 6th day of February 2014.

/s/Lillian Moynihan
**Lillian Moynihan**
**Notary Public – State of New York**
**No.  01M06218829**
**Qualified in Putnam County**
**Commission Expires March 15, 2014**