

William C. Sandelands, Esq.
Direct: 908.470.1201
wsandelands@sandelandslaw.com

March 7, 2014

**BY ECF ONLY**
Chambers of Chief Judge Cecelia G. Morris
United States Bankruptcy Court, Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

    Re:    *In re Marija Salov* ("Debtor")
             Chapter 13, Index No. 13-37269-CGM

Dear Judge Morris:

    We are the representatives for Nationstar Mortgage LLC ("Nationstar") in the above-referenced matter, and we submit this letter to inform the Court that we shall be appearing on behalf of Nationstar at the Order to Show Cause hearing scheduled for March 11, 2014.

    Be advised that in continuing our opposition to the imposition of actual and punitive damages against Nationstar, we shall rely on the papers previously submitted by this firm, specifically ECF Doc Nos. 26 and 30.

                                      Very truly yours,

                                      /s/ William Sandelands
                                      William C. Sandelands, Esq.
                                      **SANDELANDS EYET LLP**
                                      *Attorneys for Nationstar Mortgage LLC*
                                      1545 U.S. Highway 206, Suite 304
                                      Bedminster, NJ 07921
                                      Telephone: 908-470-1200
                                      Facsimile: 908-470-1206
                                      Email: wsandelands@sandelandslaw.com

cc:    Authorized ECF Users